IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER V. LANGONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICK KAISER, | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT

Plaintiff, Chris Langone, brings this Complaint against Defendant, Patrick Kaiser, and states in support as follows:

### INTRODUCTION

1. This is a private civil anti-gambling enforcement "common informer" action brought under the Illinois Loss Recovery statute, 720 ILCS 5/28-8(b), against Patrick Kaiser, one of the leading operators and gamblers involved in a new form of Internet sports gambling called "Daily Fantasy".

2. The Illinois Gambling Code empowers and gives the right to private citizens to bring civil enforcement "common informer" actions against winners of gambling losses.

3. This case seeks to recover from Patrick Kaiser, a major player in one of the newest forms of Internet sports gambling called "Daily Fantasy" and he lives in Aurora, Illinois and bases his gambling operation from Aurora, Illinois.

4. "Daily Fantasy" is not a fantasy or simulation sports game or educational game or contest played over a sports season but is a new way that sports bettors can place "exotic wagers" on daily sports games in a exotic parlay format based upon individual athletic performance in single games rather than based upon the final score of single games.

5. "Daily Fantasy" is similar to horserace handicapping but persons are betting on human athletes rather than equestrian athletes.

6. The winning outcome in "Daily Fantasy" is based solely on the combination of the single performance of an individual athlete in single real-world sporting events.

7. Daily Fantasy is similar to a pick 6 "exotic wager" in horse racing, the persons wagers on the performance of multiple athletes in different single events that occur on the same day.

8. The winning outcomes in daily fantasy are not determined predominantly by accumulated statistical results of the performance of individuals in multiple real-world sporting events rather the outcomes are determined by the accumulated statistical results of athletes in a single real-world daily sporting events.

9. "Daily Fantasy" is not a game of skill but it is a form of "exotic" sports wagering subject to chance.

10. The winning outcomes in "Daily Fantasy" wagering do not reflect the relative knowledge and skill of the participants but rather reflect the daily

performance of athletes which are subject to chance and are outside the control of the participants.

11. The price paid for the winning wager is determined by the number of participants and the amount of money paid by the participants in "Daily Fantasy" sports gambling.

12. For example, on www.fanduel.com, the winning wager is determined by the number of participants multiplied by the wager minus "vigorish" or "rake". See Fan Duel Chart below.

|  | Head 2 head | 5 person league | 10 person league |
|---|---|---|---|
| $5 entry | $9 | $22.50 | $45 |
| $10 entry | $18 | $45 | $90 |
| $25 entry | $45 | $112.50 | $225 |
| $50 entry | $90 | $225 | $450 |
| $100 entry | $180 | $450 | $900 |

13. According to Fan Duel rules, if the game is not completely filled by the maximum number of participants at the start of the game then all entries on that game are voided and the entry fees returned to the users accounts.

14. Enterprises are now attempting to turn "Daily Fantasy" sports betting into the new leading form of Internet gambling since the Department of Justice effectively shutdown online poker gambling on April 15, 2011 and subsequently shutdown traditional online sports wagering Internet domains.

**Parties, Jurisdiction and Venue**

15. Plaintiff, Christopher Langone, is a "person" as defined by 720 ILCS 5/28-8(b) and is a citizen of the State of New York.

16. Defendant Patrick Kaiser is a citizen of Illinois and lives in Aurora, Illinois and is a winner as defined by 720 ILCS 5/28-8.

17. Kaiser has regularly wagered on the outcome of sports events and sports contests by means of the Internet on www.draftstreet.com and www.fanduel.com and www.draftzone.com while in Aurora, Illinois which is located within this judicial district.

18. This court has diversity jurisdiction under 28 U.S.C 1332(a) because the parties are citizens of different states and the matter in controversy exceeds $75,000. The U.S. Supreme Court in Marvin v. Trout, 199 US 212 (U.S. 1905) established that common informers have a right to bring gambling loss recovery actions. The Supreme Court reaffirmed that common informers have Article III standing in the case of Vt. Agency of Natural Res. v. United States ex rel. Stevens, 529 U.S. 765, 777-778 (U.S. 2000). Plaintiff is a common informer seeking recovery of gambling losses won by Defendant.

19. Venue is proper in this district under 28 U.S.C 1391(a) (1) and (2) because Defendant resides and can be found within this judicial district.

**FACTS**

20. Plaintiff, Christopher Langone, is a citizen of New York and is a person as defined by 720 ILCS 5/28-8(b).

21. Defendant Patrick Kaiser is a citizen of Illinois and lives in Aurora at 627 Conservatory Lane, Aurora, Illinois, 60502.

22. Defendant Patrick Kaiser of Aurora, Illinois established, operates and maintains a "Daily Fantasy" sports gambling Internet site called www.draftadaysports.com.

23. As of March 21, 2012, Defendant Patrick Kaiser has also won a total of $529,464.86 by gambling on "daily fantasy" on other Internet sites according to www.rotogrinders.com.

24. One of the "Daily Fantasy" Internet Sites that Pat Kaiser gambles with is www.fantasysportslive.com. Fantasy Sports Day Corp. owns www.fantasysportslive.com.

25. On www.fantasysportslive.com it states, "Fantasy Sports Live is like playing no limit poker, except instead of playing with cards you're playing with real life athletes."

26. Pat Kaiser has won a total of $403,591.98 from Fantasy Day Sports, Corp. which owns and operates www.fantasysportslive.com.

27. Pat Kaiser also gambles on www.fanduel.com which is owned by Hub Dub Ltd.

28. Pat Kaiser has won a total of $109,586.34 from Hub Dub Ltd. on www.fanduel.com.

29. Pat Kaiser also gambles on www.draftzone.com owned by Draft Zone Inc.

30. Playing "daily fantasy" is illegal in Illinois because Illinois prohibits playing both games of skill and games of chance for money. See 720 ILCS

5

5/28-1(a)(1). Illinois also prohibits wagering on the outcome of games and contests which would include sports "games" and sports "contests". See 720 ILCS 5/28-1(a)(2).

31. The Illinois legislature has never created an exemption or exception in the gambling code to permit wagering on "daily fantasy" or playing "daily fantasy" games for money. See 720 ILCS 5/28-1(b).

32. Despite the Illinois prohibition on playing games for money, Defendant Pat Kaiser, a citizen of Illinois and resident of Aurora, Illinois, makes his living gambling by means of the Internet and by operating an Internet site that permits other persons to gamble by means of the Internet.

33. Pat Kaiser started his www.draftadaysports.com Internet Site in September of 2010.

34. As stated on Facebook, "DraftADaySports.com offers the opportunity to make a fantasy sports lineup for a single day and compete against opponents to win REAL MONEY that same day. Whole season fantasy sports can drag on, but daily fantasy provides you with the instant gratification of picking the best players money can buy! You will find Baseball, Football, Basketball and Hockey contests at your fingertips (when in season). And the best part is they are completely legal and it's free to register and check it out! Think you know more than the average fan? Then come give it a try and let us know if you have any questions!"

35. Contrary to these representations on Facebook, wagering on daily sports games and contests and playing games for money are not legal in Illinois.

36. Facebook directs questions to pat@draftaday.com. On information and belief this is the email of Pat Kaiser.

37. The link on Facebook of http://DraftADaySports.com redirects to http://www.draftaday.fanduel.com.

38. As of March 21, 2011, the only legal and regulated gambling on Fantasy Sports occurs in Montana and Nevada. The Montana Lottery offers a Montana Sports Action game. See www.montanalottery.com/msa. Also, Cantor Race and Sports Book in Nevada just introduced a fantasy sports wagering game called "Cantor 5".

**Count I – 720 ILCS 5/28-8(b) Against Winner Patrick Kaiser for Losses Won From Fantasy Sports Day Corp.**

39. Plaintiff incorporates allegations from paragraphs 1-38 into this Count.

40. 720 ILCS 5/28-1 states in relevant part;

"(a) A person commits gambling when he: (1) Plays a game of chance or skill for money or other thing of value, unless excepted in subsection (b) of this Section; or (2) Makes a wager upon the result of any game, contest, or any political nomination, appointment or election; or…, (12) Knowingly establishes,

7

maintains, or operates an Internet site that permits a person to play a game of chance or skill for money or other thing of value by means of the Internet or to make a wager upon the result of any game, contest.., by means of the Internet"

41.     720 ILCS 5/28-8 states in relevant part,

(a) Any person who by gambling shall lose to any other person, any sum of money or thing of value, amounting to the sum of $ 50 or more,... may sue for and recover the money or other thing of value, so lost and paid or delivered, in a civil action against the winner thereof,...  (b) If within 6 months, such person who under the terms of Subsection 28-8(a) is entitled to initiate action to recover his losses does not in fact pursue his remedy, any person may initiate a civil action against the winner. The court or the jury, as the case may be, shall determine the amount of the loss.  After such determination, the court shall enter a judgment of triple the amount so determined."

42.     Patrick Kaiser has won over $348,818.65 from Fantasy Sports Day Corp. which owns and operates www.fantasysportslive.com.

43.     Patrick Kaiser won this money by playing a game of chance or skill of money and making wagers upon the result of games and contests.

44.     Patrick Kaiser is a member of Rotogrinders.com and his image is displayed on their website in which he is wearing a number 54 "Brian Urlacher" Bears jersey. See Exhibit A. This website maintains a database of winnings for gamblers including Patrick Kaiser.   Plaintiff incorporates this database by reference into the Complaint.

45. For example, on September 27, 2009, Kaiser won $500.00 from Fantasy Sports Day Corp. by playing Daily Fantasy Sports and wagering on Football.

46. Kaiser won $500 wagers approximately 117 times (a total of $58,500) from Fantasy Sports Day Corp. wagering on Basketball, Baseball and Football.

47. Kaiser also won many wagers that paid $400, $200, $150, $100, $80 and $60 from Daily Fantasy Sports Corp. on almost a regular basis.

48. Kaiser has won $137,660.33 wagering on baseball with Daily Fantasy Sports Corp.

49. Kaiser has won $56,429.00 wagering on football with Daily Fantasy Sports Corp.

50. Kaiser has won $209,496.55 wagering on basketball with Daily Fantasy Sports Corp.

51. Daily Fantasy Sports Corp. has not brought a lawsuit action against Pat Kaiser to recover gambling losses under 720 ILCS 5/28-8 in the last six months.

WHEREFORE, Plaintiff Christopher Langone requests this Court enter judgment in his favor and against Pat Kaiser for triple the amount of loss won by Defendant Patrick Kaiser from Fantasy Day Sports Corp. plus costs.

## Count II
## 720 ILCS 5/28-8(b) Against Winner Patrick Kaiser
## for Losses Won From Hub Dub Ltd.

52. Plaintiff incorporates allegations from paragraphs 1–51 into this Count.

53. During the time period between June 1, 2010 and August 24, 2011, Pat Kaiser won a total $109,586.34 from Hub Dub Ltd. on www.fanduel.com according to www.rotogrinders.com.

54. During this period, Hub Dub Ltd. lost $59,666.00 to Patrick Kaiser on wagers on baseball.

55. During this period, Hub Dub Ltd. lost $15,495.00 to Patrick Kaiser on wagers on football.

56. During this period, Hub Dub Ltd. lost $34,173.34 to Patrick Kaiser on wagers on basketball.

57. Kaiser won this money by playing a game of chance or skill of money and making wagers upon the result of games and contests.

58. Kaiser started gambling with Hub Dub Ltd. in June 2010.

59. For example on June 1st, 2010, he won a total of 30 wagers on baseball for a total of $1,449 from Hub Dub Ltd.

60. An image of Patrick Kaiser appears on the www.rotogrinders.com website. Rical LLC owns www.rotogrinders.com.

61. Hub Dub Ltd. has brought no lawsuit action against Pat Kaiser to recover gambling losses under 720 ILCS 5/28-8 in the last six months.

10

WHEREFORE, Plaintiff Christopher Langone requests this Court enter judgment in her favor against Defendant Patrick Kaiser for triple the amount of loss by Hub Dub Ltd. plus costs.

**COUNT III**
**720 ILCS 5/28-8(b) Against Winner Patrick Kaiser**
**for Losses Won from Operation of www.draftadaysports.com**

62. Plaintiff incorporates allegations from paragraphs 1–61 into this Count.

63. In September of 2010, Patrick Kaiser started the Internet site known as www.draftadaysports.com.

64. A picture of Patrick Kaiser appears on the www.draftaday.com landing page. See Exhibit B.

65. On September 14, 2011, Pat Kaiser wrote on www.theraquet.net "Pat Kaiser is the No. 1 ranked fantasy sports player by RotoGrinders and founded DraftADaySports.com. For more information about Pat's website or for tips concerning fantasy sports you can email him at pat@draftadayspots.com.

66. DraftADaySports also has a Yahoo! Profile that states Aurora, IL.

67. On September 15, 2011, Pat Kaiser wrote on an article on www.northernstar.info.  In the Editor's notes it states that, "Pat Kaiser is the No. 1 ranked fanatsy sports player by Rotogrinders and founded DraftADaySports.com.  For Week 3 start/sit advice to print next week, you can email him at pat@draftadaysports.com by Wednesday.

68. The www.draftadaysports.com Internet site permits person to play games for money and to wager on the outcome of sports events and contests.

69. On information and belief, Patrick Kaiser receives a percentage of the profit generated by gambling transactions on www.draftadaysports.com.

70. On information and belief, one of the gamblers who has lost money on www.draftadaysports.com is Sean Clement of LIbertyville, Illinois. Sean Clement disclosed on rotogrinders.com that www.draftadaysports.com was his favorite Website.  Based upon circumstantial evidence based upon his volume of play, it is more likely than not that he has lost over $50 playing on www.draftadaysports.com. Sean Clement is known as SClement21 on www.rotogrinders.com.

71. Other circumstantial evidence that suggests that gamblers lost more than $50 on draftadaysports.com is that the site offers games for wagers up to $270 on a single game and promises $20,000 in cash payouts every day.

72. Circumstantial evidence suggests that Kyle Durno, Erik Maverick Scott, Zach Criswell, Ricky Epperson, Parker Jay Johnson, Nathan Kaiser, Scot Scholz, and Matt Clement may have also gambled and lost on www.draftadaysports.com based upon information from Facebook.

73. On information and belief, Patrick Kaiser has won more than $50 from losers as a result of the establishment, operation and maintenance of www.draftadaysports.com.

74. No loser has brought a lawsuit action against Patrick Kaiser in the last six months.

WHEREFORE, Plaintiff Christopher Langone requests this Court enter judgment in his favor against Defendant Patrick Kaiser for triple the amount of loss won from the establishment, operation and maintenance of www.draftadaysports.com.

## COUNT IV
### 720 ILCS 5/28-8(b) Against Winner Patrick Kaiser for Losses Won From Draft Zone Inc.

75. Plaintiff incorporates allegations from paragraphs 1-74 into this Count.

76. Draft Zone Inc. operates www.draftzone.com.

77. Patrick Kaiser started wagering on sports on www.draftzone.com on March 28, 2010.

78. Between the period of March 28, 2010 and January 20, 2011, Kaiser won $1,009.00 wagering on Basketball, baseball and football from Draft Zone Inc. See Exhibit C.

79. Draft Zone Inc. has not brought any lawsuit action against Patrick Kaiser in the last six months.

WHEREFORE, Plaintiff Christopher Langone requests this Court enter judgment in his favor against Defendant Patrick Kaiser for triple the amount of loss by Draft Zone Inc. plus costs.

                              Respectfully Submitted,
                              Plaintiff, Christopher V. Langone

                              __/s/_Mark_T._Lavery_____
                              By His Attorney

Mark Lavery
733 Lee St.
Des Plaines, IL 60016
847-813-7771