**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHRISTOPHER V. LANGONE<br><br>v.<br><br>PATRICK KAISER | Case Number: 12-cv-02073 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CHRISTOPHER V. LANGONE

| | |
|---|---|
| NAME (Type or print)<br>Mark T. Lavery | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark T. Lavery | |
| FIRM<br>Lavery Law Firm | |
| STREET ADDRESS<br>733 Lee St. | |
| CITY/STATE/ZIP<br>Des Plaines, IL 60016 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>5271291 | TELEPHONE NUMBER<br>847-813-7771 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐