# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Christopher V Langone

                                  Plaintiff,

v.                                                    Case No.: 1:12–cv–02073
                                                     Honorable John A. Nordberg

Patrick Kaiser

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 12, 2012:

      MINUTE entry before Honorable John A. Nordberg: Status hearing set for 6/12/2012 is stricken and reset to 10/17/2012 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.