# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Christopher V Langone

                         Plaintiff,

v.                                        Case No.: 1:12–cv–02073
                                            Honorable John A. Nordberg

Patrick Kaiser, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 23, 2012:

       MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to dismiss is due on or before 8/17/2012. Response is due on or before 8/31/2012. Reply is due on or before 9/10/2012. Discovery is stayed pending ruling on motion to dismiss. Status hearing set for October 17, 2012 before the Honorable John A. Nordberg is stricken. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.