# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Christopher V Langone

                          Plaintiff,

v.                                                Case No.: 1:12−cv−02073
                                                   Honorable Thomas M. Durkin

Patrick Kaiser, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2013:

        MINUTE entry before Honorable Thomas M. Durkin:Hearing held on defendant's Motion to Dismiss for Failure to State a Claim [12] on 3/11/2013. Simultaneous briefs, limited to 5 pages in length, addressing the issue of jurisdictional question are to be filed on or before 3/22/13. Court will rule by mail. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.